IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| TRAVIS CARRUTH, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED;<br><br>Plaintiff,<br><br>vs.<br><br>KNORR-BREMSE AG, KNORR BRAKE COMPANY, NEW YORK AIR BRAKE COMPANY, WESTINGHOUSE AIR BRAKE TECHNOLOGIES CORPORATION, FAIVELEY TRANSPORT NORTH AMERICA INC., AND; AND RAILROAD CONTROLS L.P.,<br><br>Defendants, | 2:18-CV-00469-CRE |

## ORDER

**AND NOW,** this 18th day of May, 2018, **IT IS ORDERED** that the parties' Stipulation for Extension of Time to Answer (ECF No. 14) is **GRANTED**. Defendants shall answer or otherwise respond to Plaintiff's Complaint in accordance with the deadlines outlined in the Stipulation.

**IT IS FURTHER ORDERED** that the Clerk of Court is directed to mark this case administratively **CLOSED** to be reopened upon the filing of Defendants' answers or other responsive pleadings.

BY THE COURT:

s/Cynthia Reed Eddy
Cynthia Reed Eddy
United States Magistrate Judge